IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MATTHEW LIOTTA, DENNIS LIOTTA, JOHN LIOTTA, HARRY RIGGS, and CYNTHIA STEDEFORD,** | ) ) ) ) | **CASE NO. 8:09CV411** |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ORDER** |
| **RAPID LINK, INC.,** | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Continuance of Preliminary Injunction Hearing (Filing No. 16). The Court has contacted counsel for Plaintiffs who indicated Plaintiffs do not object to the motion. The Court therefore finds Defendant's motion should be granted.

IT IS ORDERED:

1. Defendant's Motion for Continuance of Preliminary Injunction Hearing (Filing No. 16) is granted; and

2. The hearing on the Plaintiffs' Motion for Preliminary Injunction (Filing No. 3) scheduled for December 29, 2009, at 1:30 is continued and will be rescheduled through the Courtroom Deputy.

DATED this 28th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge